UNITED STATES of America, Plaintiff–Appellee

v.

Travis BYRD, Defendant–Appellant.

No. 07–20912
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Travis Byrd, Petersburg, VA, pro se.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Travis Byrd, federal prisoner # 88313–079, appeals the denial of his Fᴇᴅ. R.Cʀɪᴍ.P. 36 motion, in which he challenged the sentence imposed following his jury conviction for possession with intent to distribute cocaine and aiding and abet-

ting. Byrd argues that the sentencing court made a clerical error when it included in his drug quantity calculation the 1.9 kilograms of cocaine found in possession of his co-defendant absent evidence of a conspiracy or partnership.

Byrd's argument constitutes a substantive challenge to his sentence and is therefore not cognizable in a Rule 36 motion, which is a vehicle reserved for correcting only errors that are clerical in nature or that arise from oversight or omission. *See* Fᴇᴅ.R.Cʀɪᴍ.P. 36; *United States v. Spencer,* 513 F.3d 490, 491–92 (5th Cir.2008); *United States v. Steen,* 55 F.3d 1022, 1025–26 n. 3 (5th Cir.1995). He has therefore shown no error on the part of the district court in denying his request for Rule 36 relief.

AFFIRMED.

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.